UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
    Plaintiff

v.                                         C.A. No. 09-475 S

ONE LOT OF $6,035 IN
U.S. CURRENCY, ET AL.,
    Defendants.

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on September 17, 2010, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report & Recommendation, Plaintiff's Motion to Dismiss Pending Claims of Claimants Duke, Feliciano, Reid and Irizarry (document #11) is hereby GRANTED and all such Claims are DISMISSED WITH PREJUDICE.

ENTER:

_____
William E. Smith
United States District Judge

Date: 10/6/10